Lauren Katunich (State Bar No. 227599)
lkatunich@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA  90067
Tel:   (310) 789-4600
Fax:  (310) 789-4601

Petty Tsay Rader (State Bar No. 227563)
petty.rader@munchkin.com
MUNCHKIN, INC.
7835 Gloria Avenue
Van Nuys, CA  91406
Tel:  (818) 893-5000
Fax:  (818) 893-6343

Attorneys for Plaintiff MUNCHKIN, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>ORGANIC MUNCHKIN INC., a New York corporation, and DOES 1 through 10, inclusive.<br><br>                    Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>(1) **FEDERAL TRADEMARK INFRINGEMENT**<br>(2) **FEDERAL UNFAIR COMPETITION**<br>(3) **COMMON LAW TRADEMARK INFRINGEMENT**<br>(4) **UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200**<br>(5) **COMMON LAW UNFAIR COMPETITION**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

/ / /

/ / /

/ / /

Plaintiff Munchkin, Inc. ("Plaintiff" or "Munchkin") hereby alleges against defendant Organic Munchkin Inc. and Does 1-10 (collectively, "OM" or "Defendant") as follows:

## INTRODUCTION

1.      This lawsuit arises out of Defendant OM's use of the trademark and trade name ORGANIC MUNCHKIN (hereinafter, "the OM mark") for infant formula and food products, in violation of Munchkin's rights in its well-known mark MUNCHKIN for the same and related goods.

2.      Munchkin and its exceedingly valuable MUNCHKIN trademark have been damaged by OM's trademark infringement and unfair competition. Munchkin accordingly requests this court to enjoin OM from continuing its use of the OM Mark, and for an award of Munchkin's actual damages.

## SUBJECT MATTER JURISDICTION

3.      This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, and 1338.  This Court has jurisdiction over the state law claims pursuant to 28 U.S.C. § 1338(b) and 28 U.S.C. § 1367(a).

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district where Munchkin is based and because Defendant sells products throughout this District.

## PARTIES

5.      Munchkin is a Delaware corporation with its principal place at 7835 Gloria Avenue, Van Nuys, California, 91406, which is within the Central District of California.  Munchkin is, and was at all times herein mentioned, qualified to do business in California.

- 1 -

6.     Munchkin is informed and believes, and on that basis alleges, that Defendant OM is a New York corporation, formed on September 2, 2015, with an address of P.O. Box 5251, Astoria, New York, 11105.

7.     The true names and capacities, whether individual, corporate, associate or otherwise, of the defendants sued herein under Federal Rule of Civil Procedure 19 and Central District Local Rule 19-1, as Does 1 through 10, inclusive are unknown to Munchkin, who therefore sues said defendants by such fictitious names.  Munchkin will amend this complaint to insert the true names and capacities of said defendants when the same have been ascertained.  Each of the defendants designated herein as a "Doe" is legally responsible in some manner for the wrongdoing alleged herein.

8.     Munchkin is informed and believes, and on that basis alleges, except as otherwise indicated, all defendants, including the fictitious Doe defendants, were at all times acting as agents, servants, conspirators, ostensible agents, employees, hirelings, partners, alter ego, joint venturers, and/or co-venturers of each other defendant and that at all relevant times, each was acting for a common purpose or benefit, so that each defendant is responsible for the events described herein and is therefore jointly and severally liable for the resulting damages.

9.     Munchkin is informed and believes, and on that basis alleges, that each defendant conspired with one or more of the other defendants to achieve the wrongful and unlawful results alleged herein, so that each defendant should be held jointly and severally liable for all damages resulting from the conspiracy.

## BACKGROUND

10.     Since at least 1992 Munchkin has used its MUNCHKIN mark to identify Munchkin and its products.

11.     Munchkin was founded in 1991, and is a market-leading designer, developer, manufacturer, and distributor of infants' and children's products. Munchkin's success can be attributed to the company's expertise in developing

- 2 -

safe, uncomplicated baby products that make parenting easier and more enjoyable. Munchkin has won dozens of industry awards for its products, and has been granted over 100 U.S. patents.

12.     Munchkin is the owner of the following U.S. federal trademark registrations for the MUNCHKIN mark:

| MUNCHKIN<br><br>RN: 4966400<br>SN: 86724339 | Registered<br>May 24, 2016 | (Int'l Class: 05)<br>infant formula |
|---|---|---|
| MUNCHKIN<br><br>RN: 3764851<br>SN: 77630783 | Registered 8 & 15<br>April 7, 2015 | (Int'l Class: 16)<br>disposable diapers; disposable pads for diaper changing; plastic bags for disposable diapers |
| MUNCHKIN<br><br>RN: 4339082<br>SN: 85025750 | Registered<br>May 21, 2013 | (Int'l Class: 20)<br>mattresses |
| MUNCHKIN<br><br>RN: 4010327<br>SN: 85057888 | Registered<br>August 9, 2011 | (Int'l Class: 03)<br>baby wipes; wipes impregnated with a skin cleanser |
| MUNCHKIN<br><br>RN: 3900713<br>SN: 85060553 | Registered 8 & 15<br>March 11, 2016 | (Int'l Class: 06)<br>metal safety gates for babies, children, and pets<br>(Int'l Class: 20)<br>non-metal safety gates for babies, children, and pets |

- 3 -

| MUNCHKIN<br><br>RN: 4073324<br>SN: 85263956 | Registered December 20, 2011 | (Int'l Class: 10)<br>plastic microwave sterilizer container for holding baby bottles, baby bottle nipples, and baby bottle accessories when placed in the microwave for sterilization; microwave sterilizer bags for holding baby bottles, baby bottle nipples, and baby bottle accessories when placed in the microwave for sterilization<br>(Int'l Class: 11)<br>electric food and bottle warmers; electric bottle warmers for use in cars; toilet seat adaptors for children in the nature of a plastic device that is specially adapted to rest on a toilet seat; electric crib lights; electric warmers for disposable baby wipes<br>(Int'l Class: 12)<br>car window shades; car seat protectors; child-view mirrors for the backseats of cars; car booster seats; stroller organizers in the nature of bags specially adapted for baby strollers<br>(Int'l Class: 20)<br>diaper changing mats; child's portable hook-on chair; bed rails; furniture in the nature of a combination nursery storage cart and shelving unit; furniture, namely, non-metal diaper organizers; replacement drinking straws for plastic cups<br>(Int'l Class: 21)<br>baby stroller cup holders; dishwasher baskets for use with washing baby nipples, bottles and baby bottle accessories; baby food organizers; baby bath tubs; cleaning brushes for baby bottles; bowls; plates; bottle drying racks; hand-operated food grinders; insulated bags for food or beverages for domestic use; insulated containers for food or beverages for domestic use; potties for children; plastic shampoo rinsing pitchers; tub spout guards, namely, pouring spout guards for use in tubs for household use<br>(Int'l Class: 22)<br>bath toy organizers in the nature of net bags secured by suction cups<br>(Int'l Class: 26)<br>harnesses for guiding children<br>(Int'l Class: 28)<br>toys designed to be attached to strollers; bath toys; crib toys; infant development toys in the nature of crib mirrors |

MUNCHKIN, INC.'S COMPLAINT

| | | |
|---|---|---|
| **MUNCHKIN**<br><br>RN: 4415282<br>SN: 85377392 | Registered<br>October 8, 2013 | (Int'l Class: 09)<br>electric outlet covers<br>(Int'l Class: 11)<br>electric sterilizers; electric sterilizers for baby bottles and accessories<br>(Int'l Class: 20)<br>bed rails; bumper guards for furniture; cushions; door stops of plastic; non-metal door latches; non-metal locks; non-metal safety gates for babies, children, and pets |
| **MUNCHKIN**<br><br>RN: 4529924<br>SN: 85353317 | Registered<br>May 13, 2014 | (Int'l Class: 25)<br>infantwear, bodysuits, one-piece underwear, shirts, t-shirts, pants, dresses, skirts, shorts, undershirts, gowns, creepers, coveralls, hosiery, socks, swaddling clothes, cloth bibs, and hats |
| **MUNCHKIN and Design**<br><br>munchkin<br><br>RN: 4735575<br>SN: 85560319 | Registered<br>May 12, 2015 | (Int'l Class: 25)<br>baby bodysuits; infant and toddler one piece clothing; infantwear |
| **MUNCHKIN and Design**<br><br>munchkin<br><br>RN: 4221755<br>SN: 85560321 | Registered<br>October 9, 2012 | (Int'l Class: 10)<br>baby bottle nipples; baby bottles; feeding bottles; pacifiers for babies; teething rings<br>(Int'l Class: 21)<br>bowls; cleaning brushes for household use; cups; drinking cups for babies and children and parts and fittings therefor, namely, cups for babies and children sold as a unit with valves and lids; drinking cups sold with lids therefor; plastic storage containers for domestic use; plates; thermal insulated bags for food or beverages; thermal insulated containers for food or beverages; training cups for babies and children<br>(Int'l Class: 28)<br>baby multiple activity toys; bath toys; children's multiple activity toys; crib toys; musical toys |

- 5 -

MUNCHKIN, INC.'S COMPLAINT

| | | |
|---|---|---|
| **MUNCHKIN and Design**<br><br>RN: 4389694<br>SN: 85979533 | Registered<br>August 20, 2013 | (Int'l Class: 25)<br>children's and infants' cloth bibs;<br>swaddling clothes |
| **MUNCHKIN**<br><br>RN: 2101757<br>SN: 74479544 | Renewed<br>September 30, 2007 | (Int'l Class: 08)<br>infant feeding spoons and forks<br>(Int'l Class: 21)<br>reusable ice packs for use with food and<br>beverages; toothbrushes |
| **MUNCHKIN**<br><br>RN: 2253848<br>SN: 74370705 | Renewed<br>June 15, 2009 | (Int'l Class: 10)<br>baby bottles, and nipples, pacifiers, and<br>teething rings for babies<br>(Int'l Class: 21)<br>infants' and children's drinking cups<br>(Int'l Class: 28)<br>children's multiple activity toys, infant's<br>rattles, toy action figures, and toy<br>vehicles |
| **MUNCHKIN**<br><br>RN: 4012692<br>SN: 76299421 | Registered<br>August 16, 2011 | (Int'l Class: 18)<br>diaper bags and travel bags<br>(Int'l Class: 20)<br>furniture, closet organizers and toy boxes<br>(Int'l Class: 24)<br>burping cloths |
| **MUNCHKIN**<br><br>RN: 3578309<br>SN: 76301720 | Registered 8 & 15<br>March 7, 2015 | (Int'l Class: 20)<br>clothes hangers; picture frames; cushions<br>to position and/or support babies<br>(Int'l Class: 21)<br>thermal insulated containers for food or<br>beverage; plastic storage containers for<br>domestic or household use; plastic<br>toothbrush holders<br>(Int'l Class: 24)<br>teething blankets; blankets; washcloths;<br>hooded towels for infants; towels<br>(Int'l Class: 28)<br>musical toy instruments |

- 6 -

MUNCHKIN, INC.'S COMPLAINT

| MUNCHKIN<br><br>RN: 3504842<br>SN: 77400491 | Registered 8 & 15<br>October 1, 2014 | (Int'l Class: 18)<br>infant carriers worn on the body |
|---|---|---|

Copies of these registration certificates are attached hereto as Exhibit A.

13.    As a result of Munchkin's efforts, its MUNCHKIN brand has become well and favorably known to the public as a distinctive indication of origin for infants' and children's products.

14.    The MUNCHKIN trademark is inherently distinctive and represents the exceedingly valuable good will of Munchkin's products.

15.    The MUNCHKIN brand is well-known and famous.

16.    The relevant public has come to rely upon and recognize the MUNCHKIN mark and the substantial goodwill associated with it.

17.    Long after Munchkin's first use of its MUNCHKIN mark, OM began selling infant formula and foods under the name ORGANIC MUNCHKIN in the U.S.  See, for example, a printout of Defendant's webpage on September 19, 2016, attached hereto as Exhibit B.

18.    Munchkin's infant formula was first shipped in commerce in December 2015 for purposes of FDA testing.  Munchkin's federal registration for MUNCHKIN for formula issued on May 24, 2016, and Munchkin's constructive date of first use is August 13, 2015, pursuant to 15 U.S.C. § 1057(c).

19.    Defendant asserts first use of ORGANIC MUNCHKIN in September, 2015.  See August 24, 2016 letter from Edward F. Maluf, Esq., attached hereto as Exhibit C.

20.    On information and belief, Defendant did not have an active website at www.organicmunchkin.com until approximately November, 2015.

21.    Defendant's mark fully encapsulates Munchkin's mark.  The marks create the same commercial impression and are confusingly similar.

22.     Defendant's use of the OM Mark is without authorization from Munchkin.

23.     Munchkin provided products under its MUNCHKIN mark long prior to Defendant's adoption of the OM Mark.

## FIRST CLAIM FOR RELIEF

### (Federal Trademark Infringement)

24.     Munchkin re-alleges and incorporates herein by reference all preceding paragraphs as though fully set forth herein.

25.     This Count of the Complaint is for infringement of a registered trademark and arises under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

26.     The OM Mark is confusingly similar to Plaintiff's MUNCHKIN trademark.

27.     Defendant's use of the OM Mark in connection with infant formula and food is likely to cause confusion, mistake, or deception of the public as to the source or sponsorship of the products, or as to an affiliation between the parties. The relevant public is likely to confuse Defendant's products offered under the ORGANIC MUNCHKIN mark with Munchkin's MUNCHKIN products, including infant formula, and other items for infants and children, thereby resulting in damage and injury to Munchkin.

28.     The aforesaid acts constitute trademark infringement in violation of § 32 of the Lanham Act, 15 U.S.C. § 1114.

29.     As a direct consequence of Defendant's unlawful acts and practices, Munchkin has suffered, will continue to suffer and/or is likely to suffer damage to its business reputation and goodwill, for which Munchkin is entitled to relief.

30.     By reason of Defendant's unlawful acts and practices, Defendant has caused, is causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Munchkin for which there is no adequate remedy at law and for which Munchkin is entitled to injunctive relief.

## SECOND CLAIM FOR RELIEF

### (Federal Unfair Competition)

31.     Munchkin re-alleges and incorporates herein by reference all preceding paragraphs as though fully set forth herein.

32.     As a result of longstanding and extensive use and wide recognition, Plaintiff's MUNCHKIN trademark has become distinctive as an indication of source.

33.     Defendant has knowingly and willfully used the OM Mark in commerce.

34.     Defendants' conduct alleged above constitutes unfair competition in violation of 15 U.S.C. § 1025(a).  As a direct consequence of Defendant's unlawful acts and practices, Munchkin has suffered, will continue to suffer and/or is likely to suffer damage to its business reputation and goodwill, for which Munchkin is entitled to relief.

35.     By reason of Defendant's unlawful acts and practices, Defendant has caused, is causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Munchkin for which there is no adequate remedy at law and for which Munchkin is entitled to injunctive relief.

## THIRD CLAIM FOR RELIEF

### (Common Law Trademark Infringement)

36.     Munchkin realleges and incorporates herein by reference all preceding paragraphs as though fully set forth herein.

37.     Consumers are likely to be confused by the similarity of Defendant's OM Mark for infant formula and foods and Munchkin's use of its MUNCHKIN mark for a wide variety of products for infants and children, including infant formula and baby bottles.

38.     Consumers are likely to believe that Defendant's products bearing the OM Mark are offered by, related to, endorsed by, and/or sponsored by Munchkin,

- 9 -

due to Munchkin's long prior use of its MUNCHKIN brand for the same or closely related goods.

39.     Defendant's aforesaid acts constitute trademark infringement under the common law of California.

40.     By reason of Defendant's unlawful acts and practices, Defendant has caused, is causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Munchkin for which there is no adequate remedy at law and for which Munchkin is entitled to injunctive relief.

## FOURTH CLAIM FOR RELIEF

### (Unfair Competition Under Cal. Bus. & Prof. Code § 17200)

41.     Munchkin realleges and incorporates herein by reference all preceding paragraphs as though fully set forth herein.

42.     Defendant's conduct constitutes unfair, unlawful, or fraudulent business practices that constitute unfair competition in violation of California Business and Professions Code Section 17200.

43.     Defendant's conduct is unfair in that, among other things, it uses the OM Mark to deceive and confuse consumers as to source, affiliation and/or sponsorship of Defendant's goods and services.

44.     Defendant's conduct is unlawful in that, among other things, it violates California Business and Professions Code Section 17200.

45.     By reason of Defendant's unlawful acts and practices, Defendant has caused, is causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Munchkin for which there is no adequate remedy at law and for which Munchkin is entitled to injunctive relief.

## FIFTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

46.     Munchkin realleges and incorporates herein by reference all preceding paragraphs as though fully set forth herein.

47.     Defendant's aforesaid acts constitute trademark infringement.

48.     Defendant has knowingly and willfully used the OM Mark in commerce, a mark that is confusingly similar to Munchkin's MUNCHKIN trademark, and Defendant appears likely to continue and increase that use in the future.

49.     Defendant's acts were done willfully and with intent to misrepresent the nature, characteristics, and qualities of its goods and services and to thereby deceive consumers.  And such statements are, in fact, deceptive and likely to influence consumers' purchasing decisions.

50.     Munchkin, as a competitor of OM in the infant feeding market, has been and will continue to be damaged by OM's actions.  Munchkin has suffered and will continue to suffer irreparable injury to its business reputation and goodwill.

51.     OM's actions and statements constitute willful unfair competition in violation of the common law of California.

52.     By reason of Defendant's unlawful acts and practices, Defendant has caused, is causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Munchkin for which there is no adequate remedy at law and for which Munchkin is entitled to injunctive relief.

53.     OM's actions and statements were/are oppressive and malicious and in conscious disregard of the rights of Munchkin, and Munchkin is therefore also entitled to punitive damages.

## **PRAYER FOR RELIEF**

Wherefore, Munchkin prays for judgment as follows:

a.     That Defendant, its officers, directors, shareholders, principals, agents, servants, employees, attorneys and related companies, and all persons in active concert or participation with one or more of them, be preliminarily and permanently

enjoined and restrained from using the OM Mark and any mark that is confusingly similar to Munchkin's MUNCHKIN mark.

b.      That this Court award Munchkin damages adequate to compensate Munchkin for Defendant's acts of trademark infringement and unfair competition.

c.      That Munchkin be awarded its actual damages and lost profits in an amount to be proven at trial.

d.      That Defendant be required to account for any profits attributable to its infringing acts.

e.      That Munchkin be awarded the greater of three times Defendant's profits or three times any damages sustained by Munchkin and prejudgment interest.

f.      That punitive damages be awarded to Munchkin.

g.      That all products, labels, signs, advertisements and web site content in Defendant's possession, custody or control bearing the OM Mark or any confusingly similar logo that is found in violation of the Lanham Act or any reproduction, counterfeit, copy or simulation thereof shall be delivered up by Defendant and destroyed or sufficiently altered to remove all reference to the OM Mark.

h.      The Defendant transfer the domain name www.organicmunchkin.com to Plaintiff.

i.      That Defendant be required to pay Plaintiff's costs of this action together with reasonable attorneys' fees and disbursements.

j.      That Munchkin be awarded any such other and further relief as the Court may deem just and proper.

- 12 -

1 | DATED:  October 12, 2016                    LATHROP & GAGE LLP

2

3                                                           By:  s/ Lauren Katunich

4                                                                   Lauren Katunich
                                                                      Attorneys for Plaintiff
5                                                                   MUNCHKIN, INC.

6

7

8

9                                    **DEMAND FOR JURY TRIAL**

10          Plaintiff hereby demands a jury trial of all issues that may be tried to a jury.

11

12

13 | DATED:  October 12, 2016                    LATHROP & GAGE LLP

14

15                                                           By:  s/ Lauren Katunich

16                                                                   Lauren Katunich
                                                                      Attorneys for Plaintiff
17                                                                   MUNCHKIN, INC.

18

19

20

21

22

23

24

25

26

27

28

- 13 -

MUNCHKIN, INC.'S COMPLAINT